INSD Pro Se Employment Discrimination Complaint 6/24 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

# UNITED STATES DISTRICT COURT

for the

## Southern District of Indiana

**1:26-cv-069-JRS-MKK**

I SEARRON BENJAMIN MCCLOUD

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

_____
Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

GMRI INC D/B/A THE CAPITAL GRILLE

_____
Defendant(s)

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case No. _____

*(to be filled in by the Clerk's Office)*

**FILED**

JAN 1 4 2026

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**Demand for Jury Trial**    ☑ **Yes**    ☐ **No**

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

## I.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## II.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Darden Restaurant Corporate Head Quarter |
| Street Address | 1000 Darden Center Drive |
| City and County | Orlando Orange County |
| State and Zip Code | Florida 32837 |
| Telephone Number | 800-653-9215 |
| E-mail Address | SRGEmployee Relation@Darden, Com |

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, a corporation, or another entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | GMRI, INC D/B/A THE CAPITAL GRILLE |
| Job or Title *(if known)* | |
| Street Address | 40 W. WASHINGTON ST. |
| City and County | INDIANAPOLIS   MARION |
| State and Zip Code | INDIANA  46204 |
| Telephone Number | (317) 423-8790 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | DARDEN RESTAURANT CORPORATE HEADQUARTERS |
| Job or Title *(if known)* | |
| Street Address | 1000 DARDEN CENTER DRIVE |
| City and County | ORLANDO   ORANGE COUNTY |
| State and Zip Code | FLORIDA  32837 |
| Telephone Number | (800)-653-9215 |
| E-mail Address *(if known)* | SRGEMPLOYEE RELATIONS@ DARDEN, COM |

Defendant No. 3

| | |
|---|---|
| Name | MATT JAFFE |
| Job or Title *(if known)* | DIRECTOR of OPERATIONS |
| Street Address | 1000 DARDEN CENTER DRIVE |
| City and County | ORLANDO   ORANGE COUNTY |
| State and Zip Code | FLORIDA  32837 |
| Telephone Number | (800)653-9215 |
| E-mail Address *(if known)* | MATT-JAFFE@darden.com |

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | CAPITAL GRILLE RESTAURANT |
| Street Address | 40 W. WASHINGTON ST. |
| City and County | INDIANAPOLIS, MARION |
| State and Zip Code | INDIANA 46204 |
| Telephone Number | (317) 423-8790 |

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.**    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☑ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

**B.**    It is my best recollection that the alleged discriminatory acts occurred on date(s)

8/16/2024

**C.**    I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

**D.**     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race _____

☐ color _____

☑ gender/sex _____

☐ religion _____

☐ national origin _____

☐ age *(year of birth)* _____   *(only when asserting a claim of age discrimination.)*

☑ disability or perceived disability *(specify disability)*

DIABETES & DIVERTICULITIS

**E.**     The facts of my case are as follows. Attach additional pages if needed.

SEE ATTATCHED DOCUMENTS.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

## IV.    Exhaustion of Federal Administrative Remedies

**A.**    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

1/11/2024  INVESTIGATOR  SARAH  PATCHETT                    .

**B.**    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*  11/20/2024 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

**C.**    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    60 days or more have not elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

PUNITIVE DAMAGES - $300,000 + MALICIOUS OPPRESSIVE, & RECKLESS CONDUCT.
EMOTIONAL DISTRESS - $300,000 + ANXIETY DEPRESSION, MENTAL ANGUISH, & PHYSICAL SYMPTOMS
ECONOMIC LOSSES - $300,000 + MEDICAL BILLS, LOST WAGES, & LOST OF EARNING CAPACITIES.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

INSD Pro Se Employment Discrimination Complaint 6/24 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    1/12/26

Signature of Plaintiff

Printed Name of Plaintiff    ISEARRON MCCLOUD

925 GARDENGATE PLACE APT. C
INDIANAPOLIS IN 46202
(317) 258-1607